Argued and submitted August 27, reversed and remanded October 15, 2008

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## NICHOLAS DANIEL BEETS,
*Defendant-Appellant.*

Tillamook County Circuit Court
061250; A134523

195 P3d 466

Eric Johansen, Senior Deputy Public Defender, argued the cause for appellant. With him on the briefs was Peter Gartlan, Chief Defender, Legal Services Division, Office of Public Defense Services.

Anna M. Joyce, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Wollheim, Presiding Judge, and Ortega, Judge, and Carson, Senior Judge.

PER CURIAM